UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Roland Chretien</u>

    v.                                      Civil No. 07-44-JL

<u>New Hampshire State Prison,
Warden</u>


### ORDER

    The petition for a writ of habeas corpus is GRANTED. A memorandum opinion will issue within 30 days from the date of this order, before which the Attorney General will notify the court of the State's intentions with respect to the disposition of the criminal case. The judgment of conviction is VACATED without prejudice to a new trial.

    The petitioner, Roland Chretien, shall be immediately released from the New Hampshire State Prison.

    **SO ORDERED.**

                                          Joseph N. Laplante
                                          United States District Judge


July 8, 2008

cc:   Brian R. Graf, Esq.
       Thomas J. Gleason, Esq.
       Scott F. Gleason, Esq.